**LARKIN**
**INGRASSIA &**
**TEPERMAYSTER, LLP**
ATTORNEYS AT LAW

WILLIAM J. LARKIN III
JOHN INGRASSIA
MILANA TEPERMAYSTER (NY,CT)

AZRA J. KHAN
DANIEL C. JACKSON III (NY,VA)
ANTONETTE NACLERIO
MICHAEL COLLADO
CHELSY E. JONES
THERESA R. CAYTON

ANGELO J. INGRASSIA
*RETIRED JSC (1923-2013)

356 MEADOW AVENUE
NEWBURGH, NY 12550
(845) 566-5345
(845) 566-5148 FAX

626 EAST MAIN STREET
MIDDLETOWN, NY 10940
(845) 342-3366
(845) 566-5148 FAX

845LAW.COM

SERVICE BY FACSIMILE NOT AUTHORIZED

* PLEASE DIRECT ALL CORRESPONDENCE TO THE NEWBURGH, NY ADDRESS

---

July 27, 2018

Honorable Cathy Seibel United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: U.S. v. Mark Cina**
     **18 Cr. 29 (CS)**

Judge Seibel,

The above matter is scheduled for sentencing on August 13, 2018 before your Honor.

We have just learned that co-counsel William Burke needs to have surgery and is scheduled for a spinal fusion at the Hospital for Special Surgery on July 31, 2018.

We respectfully ask the Court to adjourn sentencing until the second week in September 2018 to allow Mr. Burke time to recuperate following surgery.

I wish to advise the Court that if this request is granted I am unavailable on Thursday September 13, 2018.

Assistant U.S. Attorney Benjamin Allee has given his consent to our request for an adjournment for this purpose.

Thank you for your consideration.

Respectfully,

LARKIN, INGRASSIA & TEPERMAYSTER, LLP

BY: JOHN INGRASSIA

cc: AUSA Benjamin Allee
    William Burke